BRUCE NYE, SBN 77608
MICHAEL SACHS, SBN 235048
ADAMS | NYE | SINUNU | BRUNI | BECHT  LLP
222 Kearny Street, Seventh Floor
San Francisco, California  94108-4521
Telephone: (415) 982-8955
Facsimile:  (415) 982-2042

Attorneys for Defendants
WHIRLPOOL CORPORATION and
SEARS, ROEBUCK AND CO.

ROBERT K. PHILLIPS, SBN 135088
MAGGIE J. BRUYA, SBN 238523
PHILLIPS, SPALLAS & ANGSTADT LLP
650 California Street, 10th Floor
San Francisco, CA 94108
Telephone:  (415) 278-9400
Facsimile: (415) 278-9411

Attorneys for Defendant
SEARS, ROEBUCK AND CO.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| MICHELLE ANNE HEBERT,<br><br>Plaintiff,<br><br>SEARS, ROEBUCK AND CO. and DOES 1 through 100, Inclusive,<br><br>Defendants. | No. C 06-03292 EMC<br><br>**STIPULATION AND ORDER REMANDING CASE TO STATE COURT**<br><br>(San Mateo Superior Court No. CIV 451554) |

It is hereby stipulated by and between the parties hereto that this case be remanded to the Superior Court of California, County of San Mateo, where it was initially filed.  Plaintiff filed a motion for such remand on June 16, 2006, on the grounds that the removal of this action from California State Court to the Federal District Court was untimely, and that there is a lack of complete diversity.

///

///

1.
STIPULATION AND ORDER REMANDING CASE TO STATE COURT

| | | |
|---|---|---|
| 1 | | Defendants WHIRLPOOL CORPORATION and SEARS, ROEBUCK AND CO. and |
| 2 | Plaintiff MICHELLE ANNE HEBERT wish to stipulate to a remand of this case. | |

DATED: June 29, 2006

ADAMS | NYE | SINUNU | BRUNI | BECHT LLP

By:_____
MICHAEL SACHS
Attorneys for Defendants
SEARS, ROEBUCK AND CO. and
WHIRLPOOL CORPORATION

DATED:_____, 2006

PHILLIPS, SPALLAS & ANGSTADT LLP

By:_____
MAGGIE J. BRUYA
Attorneys for Defendant
SEARS, ROEBUCK AND CO.

DATED:_____, 2006

LAW OFFICES OF BRYMAN & APELIAN

By:_____
ANDREW C. BRYMAN
Attorneys for Plaintiffs
MICHELLE ANNE HEBERT

**ORDER**

The parties having so stipulated, IT IS SO ORDERED. Court clerk shall close this file.

DATED: July 18, 2006

United States ~~~~

*[Stamp: IT IS SO ORDERED — Judge Edward M. Chen — United States District Court, Northern District of California]*

2.
STIPULATION AND ORDER REMANDING CASE TO STATE COURT

Defendants WHIRLPOOL CORPORATION and SEARS, ROEBUCK AND CO. and Plaintiff MICHELLE ANNE HEBERT wish to stipulate to a remand of this case.

DATED: _____, 2006    ADAMS | NYE | SINUNU | BRUNI | BECHT LLP

By: _____
MICHAEL SACHS
Attorneys for Defendants
SEARS, ROEBUCK AND CO. and
WHIRLPOOL CORPORATION

DATED: _____, 2006    PHILLIPS, SPALLAS & ANGSTADT LLP

By: _____
MAGGIE J. BRUYA
Attorneys for Defendant
SEARS, ROEBUCK AND CO.

DATED: 6/29/06, 2006    LAW OFFICES OF BRYMAN & APELIAN

By: _____
ANDREW C. BRYMAN
Attorneys for Plaintiffs
MICHELLE ANNE HEBERT

## ORDER

The parties having so stipulated, IT IS SO ORDERED.

DATED: _____, 2006    _____
United States Magistrate Judge

2.
STIPULATION AND ORDER REMANDING CASE TO STATE COURT

Defendants WHIRLPOOL CORPORATION and SEARS, ROEBUCK AND CO. and Plaintiff MICHELLE ANNE HEBERT wish to stipulate to a remand of this case.

DATED: _____, 2006      ADAMS | NYE | SINUNU | BRUNI | BECHT LLP

By: _____
    MICHAEL SACHS
    Attorneys for Defendants
    SEARS, ROEBUCK AND CO. and
    WHIRLPOOL CORPORATION

DATED: Jun 30, 2, 2006      PHILLIPS, SPALLAS & ANGSTADT LLP

By: _____
    MAGGIE J. BRUYA
    Attorneys for Defendant
    SEARS, ROEBUCK AND CO.

DATED: _____, 2006      LAW OFFICES OF BRYMAN & APELIAN

By: _____
    ANDREW C. BRYMAN
    Attorneys for Plaintiffs
    MICHELLE ANNE HEBERT

**ORDER**

The parties having so stipulated, IT IS SO ORDERED.

DATED: _____, 2006      _____
                              United States Magistrate Judge

2.
STIPULATION AND ORDER REMANDING CASE TO STATE COURT